<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 00-7646**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX ORIAKHI,

Defendant - Appellant.

---

**No. 00-7659**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX ORIAKHI,

Defendant - Appellant.

---

**No. 00-7660**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus


FELIX ORIAKHI,

                              Defendant - Appellant.

_____

Appeals from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CR-
90-72-K, CA-00-2475-PJM, CA-00-2476-PJM)

_____

Submitted:  February 22, 2001          Decided:  March 20, 2001

_____

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Nos. 00-7646 and 00-7660 affirmed and No. 00-7659 dismissed by
unpublished per curiam opinion.

_____

Felix Oriakhi, Appellant Pro Se.  Robert Reeves Harding, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Felix Oriakhi appeals from the district court's order collectively denying relief on three separate motions for reconsideration filed pursuant to Fed. R. Civ. P. 59(e) and 60(b).[*] Our review of the record discloses that these appeals are without merit. Oriakhi's motions for reconsideration do not demonstrate that his motions filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000), and Rule 12(b)(2), were improperly dismissed. Accordingly, we affirm, as to Nos. 00-7646 and 00-7660, the district court's orders on the reasoning of the district court. <u>United States v. Oriakhi</u>, Nos. CR-90-72-K; CA-00-2476-PJM (D. Md. Nov. 9, 2000). As to No. 00-7659, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Oriakhi</u>, Nos. CR-90-72-K; CA-00-2475-PJM (D. Md. Sept. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

Nos. 00-7646 and 00-7660 - <u>AFFIRMED</u>

No. 00-7659 - <u>DISMISSED</u>

---

[*] Oriakhi's notices of appeal are unclear as to the specific orders he seeks to challenge. He is, however, bound by 4th Cir. Local Rule 34(b), and this court will only review those issues addressed in Oriakhi's informal brief. Accordingly, we have limited our review to those issues.